**Cheryl F. COHENS, Plaintiff–Appellant,**

v.

**State of MARYLAND DEPARTMENT OF HUMAN RESOURCES; Baltimore City Department of Social Services, Defendants–Appellees.**

No. 14–1940.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 18, 2014.

Cheryl F. Cohens, Appellant Pro Se. Elise Song Kurlander, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheryl F. Cohens appeals the district court's order denying her motions for reconsideration of the court's orders granting summary judgment for Defendants on her employment discrimination claims. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Cohens does not challenge in her informal brief the basis for the district court's disposition of her motions for reconsideration, she has forfeited appellate review of the court's order. Accordingly, we grant Cohens leave to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*